# In The United States Court of Federal Claims

No. 06-402T

(Filed: July 27, 2006)

ALAN SCOTT FITZ AND
PAULINE ANN FITZ,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On July 17, 2006, the parties filed a joint motion for suspension of proceedings in this case. That motion is hereby **GRANTED**. Accordingly,

1. The proceedings in this case are **STAYED** until further order of the court.

2. The parties shall file a joint status report within 14 days of the issuance of a final decision in *Kenner,* Fed. Cl. No. 03-2028T, and *Smith,* Fed. Cl. No. 04-907T, indicating how this case should proceed with, if appropriate, a proposed schedule for the filing of dispositive motions, or alternatively, for proceeding to trial.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge