IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-402 T

(Judge Francis M. Allegra)

ALAN SCOTT FITZ and PAULINE ANN FITZ,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

JOINT STATUS REPORT

Pursuant to the Court's Order [Doc. #7] dated July 27, 2006, the parties, through their attorneys, provide the following report in light of the recent opinion issued in *Kenneth C. Keener v. United States*, Fed. Cl. No. 03-2028 T and *William P. Smith, Jr. and Anne D. Smith v. United States*, Fed. Cl. No. 04-907 T.

This case is an AMCOR case related to *Keener* and *Smith*. Plaintiffs' complaint alleges five types of claims: 1) period of limitation; 2) tax motivated interest; 3) interest abatement; 4) basis restoration/termination; and 5) § 447/481 income recapture.

On April 18, 2007, this Court issued an opinion in *Keener* and *Smith*, granting defendant's partial motion to dismiss for lack of jurisdiction taxpayers' period of limitations and tax motivated interest claims. Under the decision, the Court lacks subject matter jurisdiction over the period of limitations and tax motivated interest claims in this case. Plaintiffs' attorneys intend to move for reconsideration and appeal the decision to the Federal Circuit. Accordingly,

the parties propose that the Court wait until final appellate action, before dismissing the period of limitation and tax motivated interest claims in this case.

Under the Federal Circuit's decision in *Hinck v. United States*, 446 F.3d 1307 (Fed. Cir. 2006), the Court lacks subject matter jurisdiction over the interest abatement claims in this case. However, because the Federal Circuit's decision in *Hinck* is currently under review by the Supreme Court, the parties propose the Court wait until final appellate action, before dismissing the interest abatement claims in this case.

With respect to the remaining claims, basis restoration/termination and § 447/481 income recapture, plaintiffs' counsel intends to voluntarily dismiss them.

In sum, the parties propose that the suspension of this case continue until final appellate action on plaintiffs' period of limitation, tax motivated interest, and interest abatement claims.

Respectfully submitted,

5/2/2007 s/Thomas E. Redding by s/Bart D. Jeffress
Date THOMAS E. REDDING
Redding & Associates, P.C.
2914 W.T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (fax)

Attorney for Plaintiffs

5/2/2007 s/Bart D. Jeffress
Date BART D. JEFFRESS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044

(202) 307-6496
(202) 514-9440 (fax)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section

5/2/2007 s/Steven I. Frahm
Date Of Counsel

Attorneys for Defendant