# In The United States Court of Federal Claims

No. 06-402T

(Filed: July 10, 2007)

---

ALAN SCOTT FITZ AND
PAULINE ANN FITZ,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On July 27, 2006, the court stayed proceedings in this case until further order of the court and directed the parties to file a joint status report within 14 days of the issuance of a final decision in *Keener v. United States,* Fed. Cl. No. 03-2028T, and *Smith v. United States,* Fed. Cl. No. 04-907T, indicating how this case should proceed. On April 18, 2007, the court issued an opinion in these consolidated cases*, Keener v. United States*, 76 Fed. Cl. 455 (2007), indicating that the court lacks subject matter jurisdiction over the period of limitations and tax motivated interest claims.

On May 2, 2007, the parties filed a joint status report proposing that the court wait until final appellate action in *Keener* and *Smith* before dismissing the period of limitation and tax motivated interest claims in this case. The parties further acknowledged that the Federal Circuit's decision in *Hinck v. United States*, 446 F.3d 1307 (Fed. Cir. 2006), where it was determined that the court lacks subject matter jurisdiction over the interest abatement claims in this case, was under review by the Supreme Court. The parties also noted that plaintiffs' counsel intends to voluntarily dismiss the remaining claims, basis restoration/termination and § 447/481 income recapture.

On June 22, 2007, the Supreme Court issued a final decision affirming *Hinck*. 127 S. Ct. 2011 (2007). On July 9, 2007, the court issued an order in *Keener* directing the parties, on or before August 8, 2007, to either file a joint stipulation of dismissal, or that plaintiffs, defendant, or both parties should file an appropriate motion.

Accordingly, this case is hereby restored to the active docket. On or before August 8, 2007, the parties shall file a joint status report indicating how this case should proceed.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge