# In The United States Court of Federal Claims

No. 06-402T

(Filed: September 4, 2007)

ALAN SCOTT FITZ AND
PAULINE ANN FITZ,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On July 10, 2007, the court lifted the stay on proceedings in this case, restoring the case to the active docket, and ordered the parties to file a joint status report on or before August 8, 2007. On August 8, 2007, the parties filed a joint status report stating that plaintiff planned to voluntarily dismiss the claims for interest abatement, basis/restoration termination, and § 447/481 income recapture, and requesting that the court stay the remainder of the case pending final resolution on appeal of *Keener v. United States,* Fed. Cl. No. 03-2028T, and *Smith v. United States,* Fed. Cl. No. 04-907T. Accordingly, the court hereby orders that:

1. On or before October 1, 2007, plaintiff shall file a notice of voluntary dismissal of the claims for interest abatement, basis/restoration termination and § 447/481 income recapture.

2. The remainder of this case is stayed pending a final appellate decision in *Keener v. United States,* Fed. Cl. No. 03-2028T, and *Smith v. United States,* Fed. Cl. No. 04-907T.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge