IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-402 T

(Judge Francis M. Allegra)

ALAN SCOTT FITZ and PAULINE ANN FITZ,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

**PLAINTIFFS' VOLUNTARY STIPULATION DISMISSING THEIR BASIS/RESTORATION TERMINATION AND §447/481 INCOME RECAPTURE CLAIMS**

Alan Scott Fitz and Pauline Ann Fitz, after consultation with counsel, have agreed to voluntarily stipulate to dismiss their basis/restoration termination and §447/481 income recapture claims pursuant to RCFC 41. This matter is not a class action and not subject to RCFC 23. There are no other parties that could or should be joined in this action.

The only remaining issues in this case are (1) the period of limitation; and (2) the tax motivated interest, which issues have been stayed pending the final appellate decision in *Keener v. United States*, Fed.Cl. No. 03-2028T, and *Smith v. United States*, Fed.Cl. No. 04-907T.

Respectfully submitted,

______________________ /s/ Thomas E. Redding

Date

Thomas E. Redding
REDDING & ASSOCIATES, P.C.
2914 West T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 Fax
Attorneys for Plaintiffs