IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-402 T

(Judge Francis M. Allegra)

ALAN SCOTT FITZ and PAULINE ANN FITZ,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

**NOTICE OF COMPLIANCE**

Pursuant to the Court's Order [Doc. #11] dated September 4, 2007, the plaintiffs hereby notify the Court that:

1. on August 8, 2007, the parties stipulated and agreed that the plaintiffs' claims for interest abatement were dismissed as part of the Joint Status Report; Joint Stipulation of Dismissal of Plaintiffs' Interest Abatement Claims; and joint Motion for Suspension Pending Final Appellate Action in Keener, Fed. Cl. No. 03-2028 [Doc. #10];
2. the plaintiffs have this day filed Plaintiffs' Voluntary Stipulation Dismissing Their Basis/Restoration Termination and §447/481 Income Recapture Claims.

Plaintiffs' counsel apologizes to the Court for the delay in filing both this notice and the plaintiffs' voluntary dismissal of the listed issues. The Court's September 4th Order was received at a time when almost the entire staff of the office of plaintiffs' counsel was out ill and apparently

there was some confusion in calendering the response date due to the fact that the interest abatement issue had previously been dismissed. Plaintiffs' counsel regrets the error and any inconvenience it may have caused to the Court or opposing counsel.

Respectfully submitted,

10/9/2007
Date

Thomas E. Redding
THOMAS E. REDDING
Redding & Associates, P.C.
2914 W.T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (fax)

Attorney for Plaintiffs