# In The United States Court of Federal Claims

No. 06-402T

(Filed: January 29, 2009)

---

ALAN SCOTT FITZ AND
PAULINE ANN FITZ,

        Plaintiffs,

v.

THE UNITED STATES,

        Defendant.

---

**ORDER**

---

On January 8, 2009, the Federal Circuit issued a decision in *Keener v. United States,* Fed. Cl. No. 03-2028T, and *Smith v. United States,* Fed. Cl. No. 04-907T. The court hereby orders that the parties file a joint status report within fourteen days of the issuance of a final appellate decision in the aforementioned consolidated cases, indicating how they will proceed in this case.

    **IT IS SO ORDERED.**

                                              s/ Francis M. Allegra
                                              Francis M. Allegra
                                              Judge